UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN ROCHA GOMEZ<br><br>                                        Petitioner,<br><br>v.<br><br>Christopher LAROSE, Senior Warden, Otay Mesa Detention Center; Kristi NOEM, Secretary, U.S. Department of Homeland Security; Todd LYONS, Acting Director, U.S. Immigration and Customs Enforcement; Patrick DIVVER, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement. Sirce OWEN, Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice. Pamela BONDI, Attorney General, U.S. Department of Justice,<br><br>                                        Respondents. | Case No.: 3:26-cv-737-JES-VET<br><br>**ORDER FOR BOND HEARING**<br><br>**[ECF No. 1]** |

//

//

//

1

Before the Court is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed by Petitioner Jose Juan Rocha Gomez ("Petitioner"). ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS IN PART** the petition as follows:

(1) The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2) Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

(3) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: February 11, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

2

3:26-cv-737-JES-VET